IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



MOMOLU V.S. SIRLEAF, JR.,

    Plaintiff,

v.                                        Civil Action No. **3:19CV712**

RALPH NORTHAM, *et al.*,

    Defendants.

## MEMORANDUM OPINION

Plaintiff, a Virginia prisoner proceeding *pro se*, submitted this civil action that was transferred to this Court from the United States District Court for the District of Maryland. Plaintiff is a frequent litigant in this Court and has three strikes under 28 U.S.C. § 1915. The Court has conducted a preliminary review of the Complaint filed in this action and finds that the Court has already reviewed and dismissed the identical complaint with prejudice as frivolous and for failure to state a claim upon which relief may be granted. *See Sirleaf v. Ralph Northam*, No. 3:19CV182 (E.D. Va. Sept. 6, 2019); ECF Nos. 13, 17, 18. Plaintiff may not relitigate these claims. The Court also finds that Plaintiff filed this action in Maryland in bad faith. Thus, for the reasons previously stated, the action is DISMISSED WITH PREJUDICE as frivolous and malicious and for failure to state a claim. The Clerk will be DIRECTED to note the disposition for the purposes of 28 U.S.C. § 1915(g).

An appropriate Order shall accompany this Memorandum Opinion.

                                                            /s/
                                          M. Hannah Lauck
                                          United States District Judge
                                            M. Hannah Lauck
                                            United States District Judge

Date: **OCT - 7 2019**
Richmond, Virginia